426 A.2d 107

**COMMONWEALTH of Pennsylvania**

v.

**Andre MARTIN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1981.

Decided March 13, 1981.

Daniel M. Preminger, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Marianne Cox, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

Judgment of Sentence affirmed.